SCHNEIDER v. FARLEY, State Excise Com'r.   (No. 704 E.)

(Supreme Court, Appellate Division, Second Department.   November 6, 1914.)

Appeal from Special Term, Kings County.

Action by Morris Schneider against William W. Farley, as State Commissioner of Excise. Judgment for plaintiff, and defendant appeals. Reversed, and complaint dismissed.

Argued before JENKS, P. J., and BURR, THOMAS, CARR, and STAPLETON, JJ.

PER CURIAM. Judgment reversed, with costs of the appeal, and complaint dismissed, with costs, on authority of Suss v. Farley, 149 N. Y. Supp. 661 decided herewith.